IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>[1] WALTER R. PIERLUISI-ISERN,<br>[2] AMERICAN MANAGEMENT AND<br>     ADMINISTRATION CORPORATION, A.K.A.<br>     AMAC,<br>[3] ATARDECERES DEL YUNQUE INC.,<br>[4] PIER PROPERTY MANAGEMENT INC.,<br>[5] PRG AFFORDABLE HOUSING DEVELOPMENT<br>     L.L.C.,<br>[6] HGX DOMINICANA SRL,<br>[7] BOSQUE VERDE L.L.C.,<br>[8] JANUS L.L.C.,<br>[9] FIDEICOMISO WMP (WMP TRUST FUND),<br>[10] MARCIA DE LOS ANGELES<br>     GONZÁLEZ-COYA FERNÁNDEZ,<br>[11] WALTER SIMON PIERLUISI GONZÁLEZ-<br>     COYA,<br>[12] MARCIA BEATRIZ PIERLUISI GONZÁLEZ-<br>     COYA,<br>[13] PATRICIA DE LOS ANGELES PIERLUISI<br>     GONZÁLEZ-COYA, and<br>[14] BANCO POPULAR DE PUERTO RICO,<br>     Defendants. | CIVIL: 24-1334 |

## UNITED STATES OF AMERICA'S MOTOIN FOR ASSIGNMENT RELATED CRIMINAL CASE

THE HONORABLE COURT:

COMES Now the United States of America represented by the undersigned attorney and respectfully submits as follows,

On this day the United States initiated a civil complaint in the above captioned case pursuant to the Federal Debt Collection Act, to enforce collection of the restitution judgment imposed by the Court in criminal case 23-148(CVR), United States of Amercia v. Walter R. Pierluisi-Isern, et al.

The United States respectfully requests that the present civil case be assigned to District Judge, Honorable Camille Velez-Rive, who presides over the related Criminal Case No.23-148, United States v. Walter R. Pierluisi-Isern, et al., in the interest of justice and for the purpose of judicial economy, to preserve THE Court's resources.

WHEREFORE, the United States respectfully requests from this Honorable Court to take notice of the foregoing motion and issue any orders deemed appropriate.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date the foregoing was filed through the CM/ECF system which will automatically send notices to all appearing parties.

**RESPECTFULLY SUBMITTED**,
In San Juan, Puerto Rico, on this July 25, 2024.

W. Stephen Muldrow
United States Attorney

*S/M González*
Maritza González-Rivera
Assistant U.S. Attorney USDC
No. 208801
# 350 Chardon St. 1201 Torre Chardón Building Hato Rey,
Puerto Rico 00918
Tel. (787) 766-5656 Fax: (787) 771-4050
maritza.gonzalez@usdoj.gov