IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>[1] WALTER R. PIERLUISI-ISERN,<br>[2] AMERICAN MANAGEMENT AND ADMINISTRATION CORPORATION, A.K.A. AMAC,<br>[3] ATARDECERES DEL YUNQUE INC.,<br>[4] PIER PROPERTY MANAGEMENT INC.,<br>[5] PRG AFFORDABLE HOUSING DEVELOPMENT L.L.C.,<br>[6] HGX DOMINICANA SRL,<br>[7] BOSQUE VERDE L.L.C.,<br>[8] JANUS L.L.C.,<br>[9] FIDEICOMISO WMP (WMP TRUST FUND),<br>[10] MARCIA DE LOS ANGELES GONZÁLEZ-COYA FERNÁNDEZ<br>[11] WALTER SIMON PIERLUISI GONZALEZ-COYA<br>[12] MARCIA BEATRIZ PIERLUISI GONZALEZ-COYA<br>[13] PATRICIA DE LOS ANGELES PIERLUISI GONZALEZ-COYA,<br>Defendants | CIVIL: 24-1334 |

**TO THE HONORABLE COURT:**

    **COMES NOW**, the United States of America, by and through the undersigned attorneys and, respectfully states and prays as follows:

    Pursuant to the Court's Standing Order No.9 the United States seeks permission to restrict the filing of an *EX PARTE* Motion, to allow viewing only to the Honorable Court.

    The United States respectfully requests that the aforementioned filing remains restricted to avoid unnecessary disclosures.

    The United States respectfully requests that the Court finds that restricting the information contained in the aforementioned motion outweighs the presumption of public access.

    WHEREFORE, in view of the foregoing, the United States of America respectfully requests that the Honorable Court grants the present motion to restrict.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF Ex-Parte.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26th day of July, 2024.

> W. Stephen Muldrow
> United States Attorney
> *s/ MGonzález*
> Maritza González-Rivera
> Assistant U.S. Attorney
> USDC-PR 208801
> 350 Carlos Chardón St., Suite 1201
> San Juan, Puerto Rico 00918
> Tel. (787) 766-5656
> Fax. (787) 771-4049
> E-mail maritza.gonzalez@usdoj.gov