IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**[9] FIDEICOMISO WMP (WMP TRUST FUND),**<br>Defendant. | **CIVIL NO. 24-1334 (CVR)** |

**UNITED STATES OF AMERICA'S MOTION FOR LIS PENDENS**

TO THE HONORABLE COURT:

COMES NOW, the United States of America respectfully moves the Court to enter an order directing the Property Registrar for the pertinent division of the Commonwealth of Puerto Rico Property Registry to record a *lis pendens* on real properties for the for the reasons set forth below:

1. The United States of America has filed a fraudulent transfer complaint pursuant to 18 U.S.C. § 3613(a)1, 18 U.S.C. § 3664(m)(1)(A)(ii)2, 28 U.S.C. § 3202(a)3, the All Writ's Act, 28 U.S.C. §1651. This Honorable Court granted a motion for preservation of assets and to restrain (ECF# 15) which applies to the following properties

   a. *Finca: 24774. Urbana:* **URBANIZACIÓN PARQUE DE BUCARE I de Monacillos (San Juan)**. *Solar: 1. Cabida: 769.89 Metros Cuadrados. Linderos: Norte, en una alineación de 32.47 metros, con el solar número 2. Sur, en una alineación de 36.18 metros, con Franja de terreno a favor de Recursos naturales. Este, en dos alineaciones de 16.50 metros y 4.61 metros, con terreno de Ramón Alonso. Oeste, en dos alineaciones de 26.15 metros y 7.80 metros, con la calle B de la urbanización. Sobre este solar enclava una casa residencial de concreto diseñada para una familia*;

1

b.     *Finca: 6060. Número de Catastro: 125-092-048-03-059. Propiedad Horizontal: Apartamento: 313. CONDOMINIO SOL Y PLAYA de Rincón. Cabida: 2,385.92 Pies Cuadrados. Equivalentes a 221.66 metros cuadrados. El primer nivel localizado en el tercer piso colinda por el norte, en 26 pies con el apartamento "314" y en 8 pies con los elementos exteriores y en 18 pies con pasillo de acceso a la playa; por el sur, en 29 pies con el apartamento "312" y en 23 pies con área común dedicada a escaleras y pasillos; por el este, en 34 pies 9 pulgadas con los elementos exteriores y en 3 pies 3 pulgadas con área común dedicada a escaleras y pasillos; y por el oeste, en 38 pies con los elementos exteriores. El segundo nivel localizado en el cuarto piso colinda por el norte, en 18 pies con el pasillo de acceso a la playa y en 26 pies con el apartamento "314" y en 8 pies con los elementos exteriores; por el sur, en 52 pies con el apartamento "312"; por el este, en 26 pies con los elementos exteriores; y por el oeste, en 26 pies con los elementos exteriores. Contiene el primer nivel sala, comedor, cocina, 2 dormitorios 1 cuarto dormitorio con blacón, 1 1/2 baño, laundry, walking closet, 1 terraza y 1 escalera interior que le da acceso al segundo nivel. Cotiene el segundo nivel 1 cuarto dormitorio, 1 baño, walking closet, lobby, 1 terraza techada y 1 terraza sin techar. Le corresponde el uso exclusivo de 2 estacionamientos marcados 40 y 69. Le corresponde 2.0731% en los elementos comunes generales del edificio y 1.226% en los elementos comunes limitados. Tracto: Es individualización de la finca 5858 de Rincón. Plano archivado en el Registro bajo el número 65*;

c.     *Finca: 26958. Número de Catastro: 354-000-002-28-025. Propiedad Horizontal: CONDOMINIO PALMAS DORADAS de Humacao. Apartamento: A 403. Cabida: 204.35 Metros Cuadrados*;

2.	Pursuant to the laws of Puerto Rico, a lis pendens may be requested by a person claiming in a lawsuit ownership to real property or the constitution, declaration, modification, or extinction of any recordable right or one who files his claim in an action that affects a title to real property. See 30 L.P.R.A. § 6064(1). The lis pendens is to be entered into the Puerto Rico Property Registry.

3.	A lis pendens can only be made by order of the court handed down at the request of a legitimate party and by virtue of adequate documentation for prudent judicial discretion. See id. § 6065. 1.

WHEREFORE, the United States of America respectfully moves the Court to enter an order directing to the Osceola County of Florida to record a lis pendens upon the above-described properties, to protect and effectuate sentencing and restitution orders and to ensure future availability of property to satisfy the restitution order pursuant to 18 U.S.C. § 3613(a)1, 18 U.S.C. § 3664(m)(1)(A)(ii)2, 28 U.S.C. § 3202(a)3, the All Writ's Act, 28 U.S.C. §1651.

CERTIFICATE OF SERVICE

I hereby certify that on this date the present motion was filed using CM/ECF, which will automatically notify the parties on record and copies of the same will be mailed to defendant to his address on our records.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, on August 2, 2024.

W. Stephen Muldrow
United States Attorney

/s/ M. González
Maritza González-Rivera
Assistant United States Attorney
USDC-PR 208801
350 Carlos Chardon Avenue

                                                  Torre Chardon, Suite 1201
                                                  San Juan, Puerto Rico 00918
                                                  Email: maritza.gonzalez@usdoj.gov
                                                  Tel. (787)766-5656
                                                  Fax. (787)771-4049