IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>[9] FIDEICOMISO WMP (WMP TRUST FUND),<br>Defendant. | CIVIL NO. 24-1334 (CVR) |

## ORDER

Upon the United States' "Motion for Lis Pendens", and after having been duly advised of all the facts, and after due deliberation, the Court:

### ORDERS, ADJUDGES, AND DECREES

that the Property Registrar of San Juan III of the Commonwealth of Puerto Rico Property Registry record a lis pendens on the following property:

*Finca: 24774. Urbana:* **URBANIZACIÓN PARQUE DE BUCARE I de Monacillos (San Juan)**. *Solar: 1. Cabida: 769.89 Metros Cuadrados. Linderos: Norte, en una alineación de 32.47 metros, con el solar número 2. Sur, en una alineación de 36.18 metros, con Franja de terreno a favor de Recursos naturales. Este, en dos alineaciones de 16.50 metros y 4.61 metros, con terreno de Ramón Alonso. Oeste, en dos alineaciones de 26.15 metros y 7.80 metros, con la calle B de la urbanización. Sobre este solar enclava una casa residencial de concreto diseñada para una familia.*

Property No.: 24774 of Monacillos, Registry of the Property of San Juan, Third Section

Registered owner: Fideicomiso WMP (WMP Trust Fund)

The lis pendens shall advise the public of the pendency of this civil action brought by the United States of America against Fideicomiso WMP (WMP Trust Fund) and that the above-described property is subject to 18 U.S.C. § 3613(a)1, 18 U.S.C. § 3664(m)(1)(A)(ii)2, 28 U.S.C. § 3202(a)3, the All Writ's Act, 28 U.S.C. §1651.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, _____, 2024.

_____
CAMILLE VELEZ-RIVE
UNITED STATES DISTRICT JUDGE