IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>[1] WALTER R. PIERLUISI-ISERN,<br>[2] AMERICAN MANAGEMENT AND ADMINISTRATION CORPORATION, A.K.A. AMAC,<br>[3] ATARDECERES DEL YUNQUE, INC.<br>[4] PIER PROPERTY MANAGEMENT INC.,<br>[5] PRG AFFORDABLE HOUSING DEVELOPMENT L.L.C.,<br>[6] HGX DOMINICANA SRL,<br>[7] BOSQUE VERDE L.L.C.,<br>[8] JANUS L.L.C.,<br>[9] FIDEICOMISO WMP (WMP TRUST FUND),<br>[10] MARCIA DE LOS ANGELES GONZÁLEZ-COYA FERNÁNDEZ,<br>[11] WALTER SIMON PIERLUISI GONZÁLEZ-COYA,<br>[12] MARCIA BEATRIZ PIERLUISI GONZÁLEZ-COYA,<br>[13] PATRICIA DE LOS ANGELES PIERLUISI GONZÁLEZ-COYA, and<br>[14] BANCO POPULAR DE PUERTO RICO,<br><br>Defendants | Civil Case No. 3:24-CV-1334 (CVR)<br><br>FRAUDULENT TRANSFER COMPLAINT<br><br>Title 28 U.S.C. § 3304<br>18 U.S.C. § 3664(m)(1)(A)(ii) |

**DISCLOSURE STATEMENT UNDER FED. R. CIV. 7.1 AND LOCAL RULE 7.1**

**TO THE HONORABLE COURT:**

  **COMES NOW**, Banco Popular de Puerto Rico (hereinafter, "BPPR"), without submitting to the Court's jurisdiction, and without waving any argument or defense, through the undersigned legal counsel, and respectfully states and requests the following:

1

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, BPPR hereby states that it is a wholly owned subsidiary of Popular Inc. Popular, Inc., is a publicly held corporation (NASDAQ:BPOP).

**WHEREFORE,** BPPR respectfully requests that the District Court **take notice** of this Corporate Disclosure Statement under Fed. R. Civ. P. 7.1 and Local Rule 7.1

**RESPECFULLY SUBMITTED.**

I hereby certify that this document was filed through the Court's CM/ECF system, which will automatically send a copy to all counsels of record.

In San Juan, Puerto Rico, on August 21, 2024.



*/s/ Margarita Mercado Echegaray*
Margarita Mercado Echegaray
USDC-PR No. 228901
**DLA PIPER (Puerto Rico) LLC**
500 Calle de la Tanca, Suite 401
San Juan, PR 00901-1969
Tel: 787-945-9122
Fax: 939-697-6092
Email: margarita.mercado@us.dlapiper.com