# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL. NO.:  24-CV-1334 (CVR) |
| Plaintiff, | |
| v. | |
| WALTER R. PIERLUISI ISERN, ET ALS | |
| Defendant. | |

## REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

**TO THE HONORABLE COURT:**

**COMES NOW** defendant Walter R. Pierluisi Isern without submitting to The Court's Jurisdiction and without waving any defense, through the undersigned attorney and very Respectfully states and request the following:

1. Defendant Pierluisi Isern was summoned on August 6, 2024 at Pensacola FCI and pursuant to the Federal Rules of Procedure the deadline to file a responsive pleading is today August 26th 2024.

2. We have recently engaged in the representation of the defendant, but our communication has been limited due to the circumstances of our client.

3. We respectfully request an extension of time of 30 days until September 26th 2024 to file a responsive pleading.

   **WHEREFORE**, defendant respectfully requests an extension of time up to September 26th 2024 to file a responsive pleading.

1

**RESPECTFULLY REQUESTED.**

I hereby certify that on this date I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all parties of record.

In San Juan, Puerto Rico, this 26 day of August 2024.

S/Eduardo Ferrer Ríos
USDC PR 228101
PO BOX 194985
San Juan, PR 0919
Tel.787-810-2710
Email: eferrer@live.com