**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL. NO.: 24-CV-1334 (CVR) |
| Plaintiff, | |
| v. | |
| WALTER R. PIERLUISI ISERN, ET ALS | |
| Defendant. | |

## REQUEST TO WITHDRAW AS LEGAL COUNSEL

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned attorney and very respectfully states and request the following:

1. We filed a Motion on August 26th 2024 Docket 29 requesting an extension of time to file a responsive pleading, argument or defense on behalf of Co-Defendant Walter Pierluisi Isern.

2. M. Pierluisi Isern filed a Pro-Se Motion on September 4, 2024 requesting an extension of time to file a responsive pleading. See Docket 34.

3. The Court issued an order granting us until September 13th 2024 to inform The Court if we are still the legal representation of Mr. Pierluisi Isern. See Docket 35.

4. As per Order, we inform The Court that we request a withdrawal of the legal representation due to irreconcilable differences with Mr. Pierluisi Isern.

5. As of today, Mr. Pierluisi Isern does not owe any legal representation fees or cost to us.

1

6. We request that Mr. Pierluisi Isern Pro-Se Motion be accepted and that The Court allows him for the extension of time stated On Docket 36.

7. Mr. Pierluisi Isern is a long-time lawyer, understands and knows his rights.

**WHEREFORE**, we respectfully request that The Court allows our withdrawal as legal counsel of the defendant Pierluisi Isern and grant him an extension of time of 60 days to hire a legal counsel and file a responsive pleading.

   **RESPECTFULLY REQUESTED.**

I hereby certify that on this date I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all parties of record.

In San Juan, Puerto Rico, this 13th day of September 2024.

S/Eduardo Ferrer Ríos
USDC PR 228101
PO BOX 194985
San Juan, PR 0919
Tel.787-810-2710
Email: eferrer@live.com