IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER PIERLUISI-ISERN, MARCIA DE LOS ANGELES GONZÁLEZ-COYA FERNÁNDEZ, ET AL.,<br><br>Defendant. | CIVIL CASE NO.  24- 1334(CVR) |

<u>MOTION TO WITHDRAW</u>

TO THE HONORABLE COURT:

COMES NOW, Defendant MARCIA DE LOS ANGELES GONZÁLEZ-COYA FERNÁNDEZ, by and through undersigned counsel and states and requests, as follows:

The subscriber requests authorization to withdraw from the representation of Defendant Marcia De Los Angeles Gonzalez-Coya Fernandez ("Marcia") and that she be granted until 11/12/2024 to retain legal counsel and answer the Complaint or otherwise plead

THEREFORE, the defendant, respectfully requests that the Honorable Court grant this motion.

Respectfully Submitted, this September 13, 2024.

We hereby certify that this document was filed through the Court's CM/ECF System which will notify all parties.

<u>S/José R. Olmo-Rodríguez</u>
José R. Olmo-Rodríguez
USDCPR 213405
261 Domenech Ave, SJ PR 00918
7877583570/jrolmo1@gmail.com

1