IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>VS.<br>WALTER PIERLUISI-ISERN, ET AL., Defendant | **CIVIL CASE NO.** 24- 1334(CVR) |

MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR EXTENSION OF TIME TO ANSWER COMPLAINT

TO THE HONORABLE COURT:

COMES NOW, defendant **Marcia Beatriz Pierluisi-Gonzalez Coya**, and **Patricia de los Angeles Pierluisi Gonzalez-Coya** through undersigned Counsel and very respectfully submits the following:

1. The undersigned currently represents Defendants **MARCIA BEATRIZ PIERLUISI-GONZALEZ COYA** and **PATRICIA DE LOS ANGELES PIERLUISI GONZALEZ-COYA** in this matter.

2. **The undersigned respectfully requests the Court's permission to withdraw as counsel for Defendants.**

3. **Defendants require additional time to retain new counsel**. Therefore, the undersigned respectfully requests an extension of time for Defendants to file their answer to the complaint until **November 12, 2024**, to allow them sufficient time to obtain new legal representation and adequately respond to the complaint.

4. The undersigned has informed Defendants of the intention to withdraw and the need to secure new representation.

5. Granting this motion will not prejudice any party, as this request for withdrawal is made in good faith and is accompanied by a request for a reasonable extension of time for Defendants to respond to the complaint.

6. **WHEREFORE**, the undersigned respectfully requests that this Court enter an Order:

    a. Granting the undersigned leave to withdraw as counsel of record for Defendants **MARCIA BEATRIZ PIERLUISI-GONZALEZ COYA** and **PATRICIA DE LOS ANGELES PIERLUISI GONZALEZ-COYA**;

    b. Granting Defendants an extension of time to answer the complaint until November 12, 2024; and

    c. Granting such further relief as the Court deems just and proper.

WHEREFORE, Counsel respectfully requests this Honorable Court to take notice of the information provided in this motion and to grant the petition requested in this motion.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 13th day of September 2024.

**S/. YUSEPH LAMBOY LÓPEZ**
**USDC-PR No. 303308**
**PO BOX 8054**
**SAN JUAN, PR 99010**
**TEL. (305) 810-8691**
**FAX (305) 675-7820**

yusephlamboy@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September 2024. I electronically filed the foregoing "MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR EXTENSION OF TIME TO ANSWER COMPLAINT with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

<u>**S/YUSEPH LAMBOY LÓPEZ**</u>
Attorney