DETAILED [1] WR PIERLUISI TRANSACTIONS     ( EXHIBIT A -Page 1)

| No. | Transaction | Complaint Transaction No. | Entity | Mortgage Lien | Transaction Amount | Source of Funds | Donation Value |
|---|---|---|---|---|---|---|---|
| 1 | Donation Urb Parque de Bucare and Paid-off mortgage | 1 | WMP Trust Fund | $ 434,100.75 | $400,303.43 | AMAC Loan* | $ 400,000.00 |
| 2 | Donation Palmas Doradas, Humacao and Paid-off mortgage. | 2 | WMP Trust Fund | $520,000.00<br>$568,907.70 | $467,843.93 | AMAC Loan* | $590,000.00 |
| 3 | Donation Sol Y Playa Rincon and Paid-off mortgage | 3 | WMP Trust Fund | $ 314,400.00<br>$ 298,982.41 | $247,530.79 | AMAC Loan* | $250,000.00 |
| 4 | Acquisition of Begonia St, Apt. | 19 | WR Pierluisi<br>Marcia Gonzalez<br>Patricia Pierluisi | - | $421,000.00 | AMAC Loan* | $350,000.00 |
| 5 | Paid-off mortgage Periwinkle Ct. | 20 | WR Pierluisi<br>Marcia Gonzalez<br>Marcia B Pierluisi | - | $574,075.48 | AMAC Loan* | $285,000.00 |
| 6 | Paid-off mortgage Spring park St, Apt. | 21 | WR Pierluisi<br>Marcia Gonzalez<br>Walter S Pierluisi | - | $125,004.46 | AMAC Loan* | $430,000.00 |
| 7 | Payment First Bank Loan | - | WR Pierluisi | - | $ 78,172.89 | AMAC Loan * | - |
| 8 | WR Pierluisi/ Wife & Childrens normal monthly living expenses for 24 months | - | - | - | $285,000.00 | AMAC Loan * | - |

\* AMAC Loan to WR Pierluisi    $ 2,946,271.18

DETAILED [1] WR PIERLUISI TRANSACTIONS          ( EXHIBIT A-Page 2)

| No. | Transaction | Complaint Transaction No. | Entity | Mortgage Lien | Transaction Amount | Source of Funds | Donation Value |
|---|---|---|---|---|---|---|---|
| 9 | Loan to AMAC | 24 | AMAC | - | $40,000.00 | AMAC Loan * | - |
| 10 | Paid-off AMAC Equitable Life Insurance Loan | - | EQUITABLE Life Insurance Co. | - | $155,898.46 | AMAC Loan * | - |
| 11 | Paid-off AMAC Equitable Life Insurance Loan | - | Equitable Life Insurance Co. | - | $151,441.74 | AMAC Loan * | - |
| | Total Transaction Amount | | | | $ 2,946,271.18 | | |

\* AMAC Loan to WR Pierluisi    $ 2,946,271.18

OTHERS TRANSACTIONS

| 12 | Loan to WMP Trust Fund | 22 | WMP Trust Fund | | $175,000.00 | Equitable Life Insurance Co. loan. | |

Note: Transactions No. 14;15;16;17;18 are part of transactions no. 1;2;3 included herein above.

DETAILED [2] AMAC TRANSACTIONS   (EXHIBIT B)

| No. | Transaction | Complaint Transaction No. | Amount of Transaction | Date | Entity |
|---|---|---|---|---|---|
| 1 | Loan to WR Pierluisi (Shareholder) | 4 | $ 2,946,271.18 | Apr 28, 2023 | WR Pierluisi |
| 2 | Loan | 6 | $ 800,000.00 | May 1, 2023<br>May 16, 2023<br>~~May 18, 2023~~ | Atardeceres |
| 3 | Loan | 7 | $ 750,000.00 | May 16, 2023 | HGX |
| 4 | Loan | 8 | $ 150,000.00 | May 18, 2023 | Bosque Verde |
| 5 | Loan | 9 | $ 185,000.00 | May 16, 2023 | Janus |
| 6 | Loan | 10 | $ 240,000.00 | May 16, 2023 | WMP Trust Fund |
| 7 | Loan | 11 | $ 276,000.00 | Jun 23, 2023 | Atardeceres |
| 8 | Loan | 12 | $ 75,000.00 | May 18, 2023 | PRG |
| 9 | Loan | 13<br>25 | $ 800,000.00 | Jun 29, 2023<br>May 23, 2023 | WMP Trust Fund<br>Pier Property (check cancelled) |

Total Transactions                 $ 6,222,271.18   (Sources of Fund: Employment Retention Tax Credits)

OTHERS TRANSACTIONS

| 10 | Loan | 23 | $ 170,000.00 | | WMP Trust Fund |

Total other transaction            $ 170,000.00  (Sources of Fund: Equitable Life Insurance Co loan)

Note: Transaction No. 5 was not AMAC Transaction
      No 25 did not exist (check was subsituted with WMP Trust check -transaction 13)

41