UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>    v.<br><br>[1] WALTER PIERLUISI ISERN<br>    Defendant, Third-party Plaintiff<br><br>    v.<br><br>Corporacion del Fondo del Seguro<br>del Estado (FSE), Gobierno de<br>Puerto Rico<br>    Third- Party Defendant | CIVIL: 3:24-cv-01334-CVR |

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2024 DEC 27 AM 11:42

### THIRD - PARTY COMPLAINT

I. The Parties of This Complaint

  a. The Plaintiff :
      Name: United States od America
      Address: 350 Carlos Chardon St, Suite 1201
              San Juan, Puerto Rico 00918
      telephone No. (787) 766-5656

  b. The Defendant, Third -Party Plaintiff:
      Name: Walter Pierluisi Isern
      Address: P.O. Box 21487, San Juan
              Puerto Rico 00928-1487
      Telehone No. (787) 918-8845

  c. The Third-Party Defendant:
      Name: Corporacion del Fondo del Seguro del Estado (FSE)
            Gobierno de Puerto Rico
      Address: P.O. Box 365028 , San Juan
              Puerto Rico, 00936-5028
      Telephone No. (787) 793-5959

II. INITIAL COMPLAINT

1. On July 25, 2024 the United States Attorney Office for the District of Puerto Rico filed a complaint against co-defendant [1] Walter Pierluisi isern and co-defendant [4] American Management and Administration Corporation to collect the 100% of the amount owed of restitution to the United States of America in the criminal case 3:23-cr-00148-CVR. See exhibit 1.

2. That co-defendant [1] Walter Pierluisi Isern filed an answer to the complaint on December 20, 2024. See exhibit 2.

III. THIRD -PARTY COMPLAINT

3. That co-defendant [4] American Management And Administration Corporation have a credit in the amount of $ 263,110.64 for non-utilized premium as to fiscal year 2023, as part of the final liquidation of policy No. 9512002374.

4. That the Third - Party Defendant have to pay to co-defendant [4] American Management And Administration Corporation the non-utilized premium as to fiscal year 2023, as part of the final liquidation the amount of $ 263,110.64.

5. That money is an account receivable and are part of co-defendant [4] American Management And Administration Corporation assets, that are restrained by this Court due to the " Restraining Order" issued by this Court on July 29,2024.

6. That co-defendant[4] American Management And Administration Corporation are entitled to judgment against the Third-party defendant to collect the amount owed.

7. That co-defendant [1] Walter Pierluisi Isern as owner and shareholder of co-defendant [4] American Management And Administration Corporation is entitled to request to this Court judgment against the Third - Party Defendant and will be economically affected of this Court denied his petition.

8. That co-defendant [1] Walter Pierluisi Isern request to this Court to issue a writ of garnishment against the Third-Party Defendant commanding the Third-Party Defendant to turn over the Plaintiff the amount owed to co-defendant [4] American Management And Administration Corporation to be utilized as part of the restitution payment.

IV. PRAYER FOR RELIEF

Wherefore, co-defendant [1] Walter Pierluisi Isern prays that this claim deemed

good and sufficient and that after due proceedings are had, that this Court enter judgment against The Third- Party Defendant and in favor of co-defendant [1] Walter Pierluisi Isern., and co-defendant [4] American Management and Administration Corporation to collect the amount of money owed.

V. CERTIFICATION

Under Federal Rules of Civil Procedures, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by exixting law or by nonfrivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of process will be executed as per Rule 42 of the Federal Rules of Civil Procedures and email addresses available as to all Third-Party Defendant herein.

RESPECTFULLY SUBMITTED,

In, San Juan, Puerto Rico, on December 20, 2024

Walter Pierluisi Isern
Pro-se Defendant/Third-Party Plaintiff
P.O. Box 21487, San Juan,
Puerto Rico 00928-1487
(787) 918-8845