IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff,

v.                                               CIVIL ACTION NO. 24-cv-1334 CVR

WALTER PIERLUISI ISERN, ETC

## NOTICE TO THE COURT

Pro se "Defendant", Walter Pierluisi Isern, files this notice with this Honorable Court to notify as follows:

Defendant hereby notifies this Court of a change of address for mailing as follows:

> Walter Pierluisi Isern
> PO Box 21487
> San Juan Puerto Rico 00928-1487

This new mailing address should be used by all parties involved as well as this Court for service.

Respectfully submitted on this 12 day of February 2025.

Walter Pierluisi Isern
PO Box 21487
San Juan Puerto Rico 00928-1487

## CERTIFICATE OF SERVICE

This notice was delivered in a pre-addressed postage-paid envelope to the prison authorities on the same day as signed to be filed in the United States District Court for the District of Puerto Rico by the Clerk of Courts. The attorney(s) of record for the Plaintiff as well as the co-defendants are registered with CM/ECF docketing and, thus, Defendant requests this filing and service occur through that system's electronic medium.

Walter Pierluisi Isern