## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>[1] WALTER R. PIERLUISI-ISERN,<br>[2] AMERICAN MANAGEMENT AND ADMINISTRATION CORPORATION, A.K.A. AMAC,<br>[3] ATARDECERES DEL YUNQUE, INC.<br>[4] PIER PROPERTY MANAGEMENT INC.,<br>[5] PRG AFFORDABLE HOUSING DEVELOPMENT L.L.C.,<br>[6] HGX DOMINICANA SRL,<br>[7] BOSQUE VERDE L.L.C.,<br>[8] JANUS L.L.C.,<br>[9] FIDEICOMISO WMP (WMP TRUST FUND),<br>[10] MARCIA DE LOS ANGELES GONZÁLEZ-COYA FERNÁNDEZ,<br>[11] WALTER SIMON PIERLUISI GONZÁLEZ-COYA,<br>[12] MARCIA BEATRIZ PIERLUISI GONZÁLEZ-COYA,<br>[13] PATRICIA DE LOS ANGELES PIERLUISI GONZÁLEZ-COYA, and<br>[14] BANCO POPULAR DE PUERTO RICO,<br><br>    Defendants | Civil Case No. 3:24-CV-1334 (CVR)<br><br>FRAUDULENT TRANSFER COMPLAINT<br><br>Title 28 U.S.C. § 3304<br>18 U.S.C. § 3664(m)(1)(A)(ii) |

## MOTION TO DEPOSIT FUNDS
## IN COMPLIANCE WITH THE ORDER AT DOCKET NO. 155

TO THE HONORABLE COURT:

  **COMES NOW**, Banco Popular de Puerto Rico (hereinafter, "BPPR"), by and through the undersigned counsel, and respectfully alleges and prays as follows:

1

1.      On April 10, 2025, this Honorable Court ordered BPPR to "deposit with the Clerk of the Court the funds currently deposited in marginal accounts pertaining to the structured financing of the Hatillo Property". *See* Dkt. No. 155.

2.      BPPR hereby respectfully informs the Court that today[1], in compliance with the Court's Order at Docket No. 155, it will deposit with the Clerk of the Court the funds currently in BPPR's accounts by way of a check in the amount of $ $109,611.50.[2] ***See Exhibit 1***. Accordingly, the undersigned respectfully submits that BPPR has fully complied with the Order.

**WHEREFORE**, BPPR respectfully requests that the Honorable Court take notice of the above, and deem the order as complied with.

**RESPECTFULLY SUBMITTED.**

**IT IS HEREBY CERTIFIED** that, on this same date, a true and exact copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the legal representatives, entities, or persons registered in the system. Furthermore, a copy of the following document was also sent to Pro Se Defendant Walter R. Pierluisi-Isern, on this same date, via certified mail: **P.O. Box 21487, San Juan, Puerto Rico 00928-1487**.

In San Juan, Puerto Rico, on April 16, 2025.

*Signatures on the next page*

---

[1] BPPR files this motion prior to making the deposit because it was informed by the Clerk's office that the motion must be filed beforehand.

[2] Pursuant to this Court's instructions, BPPR has deposited the abovereferenced sum in Criminal Case No. 23-148 (CVR). *See Order* at Dkt. No. 136.

2



**DLA Piper (Puerto Rico) LLC**
Calle de la Tanca #500, Suite 401
San Juan, PR  00901-1969
Tel. 787-945-9122 / 9103
Fax 939-697-6092 / 6063


MARGARITA MERCADO ECHEGARAY
USDC-PR No. 228901
margarita.mercado@us.dlapiper.com

*/s/ Jan M. Albino López*
USDC-PR No. 309603
jan.albinolopez@us.dlapiper.com