IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,**<br><br>v.<br><br>**[9] FIDEICOMISO WMP (WMP TRUST FUND),**<br>**Defendant.** | **CIVIL NO. 24-1334 (CVR)** |

**ORDER**

Upon the United States' "*Motion Requesting Orders for Lis Pendens*," and after having been duly advised of all the facts, and after due deliberation, the Court:

**ORDERS, ADJUDGES, AND DECREES**

that the Puerto Rico Property Registry record a *lis pendens* on the following property:

*Finca: 8149. Número de Catastro: 125-000-006-64-008. Propiedad Horizontal: Apartamento: 108. CONDOMINIO PELICAN REEF de Rincón. Cabida: 492.81 Pies Cuadrados. Edificio de Apartamentos, situado en el Barrio Calvache, sector Córcega del término municipal de Rincón, Puerto Rico. Este apartamento está construido en hormigón reforzado. Tiene un (1) nivel con su puerta de entrada desde el pasillo exterior por el lindero Este, y por ella se sale al pasillo que conduce al estacionamiento frente al edificio de apartamentos. Este apartamento tiene un área total aproximada de cuatrocientos noventa y dos punto ochenta y uno pies cuadrados, (492.81 p.c.) equivalente a cuarenta y cinco punto siete mil ochocientos treinta y cinco (45.7835) metros cuadrados. LINDEROS: Por el Norte, en treinta y tres pies y nueve pulgadas (33' 9") equivalente a diez punto veintinueve metros (10.29 m) con pared medianera que lo separa del apartamento ciento nueve (109) y del pasillo exterior que es área común; Por el Sur, en treinta y tres pies y*

*nueve pulgadas (33' 9") equivalente a diez punto veintinueve metros (10.29 m) con pared medianera que lo separa del apartamento ciento siete (107); Por el Este, en quince pies y cero pulgadas (15' 0") equivalente a cuatro punto cincuenta y siete metros (4.57 m) con pared medianera que lo separa del pasillo exterior que es área común; y Por el Oeste, en quince pies y cero pulgadas (15' 0") equivalente a cuatro punto cincuenta y siete metros (4.57 m) con pared exterior que lo separa de la terraza descubierta. Este apartamento consta de vestíbulo de entrada, cocina, studio, closet, baño y balcón. Este apartamento goza del uso exclusivo de una terraza descubierta que es elemento común limitado, el cual está delimitado por un piso de concreto según surge de los planos del Proyecto. A este apartamento le corresponde el estacionamiento de superficie número ocho (8) frente al edificio de apartamentos. A este apartamento le corresponde una participación de uno punto cero seiscientos treinta y siete (1.0637%) porciento en los elementos comunes generales del Condominio.*

Registered owner: Fideicomiso WMP (WMP Trust Fund)

The lis pendens shall advise the public of the pendency of this civil action brought by the United States of America against Fideicomiso WMP (WMP Trust Fund) and that the above-described property is subject to 18 U.S.C. § 3613(a), 18 U.S.C. § 3664(m)(1)(A)(ii), 28 U.S.C. § 3202(a), the All Writs Act, 28 U.S.C. §1651.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, August 20, 2025.

S/ CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE