IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>      v.<br><br>WALTER R. PIERLUISI-ISERN, et al.,<br><br>Defendants. | CIVIL NO. 24-1334 (CVR) |

**PARTIAL JUDGMENT**

Pursuant to the Court's Opinion and Order of this same date (Docket No. 208), Walter Pierluisi-Isern's Third-Party Complaint (Docket No. 93) against Eduardo Pierluisi-Isern and David Vélez-Hernández is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 16th day of September 2025.

                                              S/CAMILLE L. VELEZ-RIVE
                                              CAMILLE L. VELEZ-RIVE
                                              UNITED STATES DISTRICT JUDGE